**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

**Civil Action No.: 07-cv-01502-EWN-CBS**        **FTR -** Reporter Deck - Courtroom A402
**Date: November 5, 2005**                                **Courtroom Deputy:** Ben Van Dyke

BETTY S. JENKINS, *et al.,*                                  Hollie L. Wieland

    **Plaintiffs,**

v.

CORINTHIAN COLLEGES, INC.,                         Shannon McFarland Henderson
a Delaware corporation, *et al.,*                            Jeffrey K. Brown, via telephone

    **Defendants.**

_____

**COURTROOM MINUTES/MINUTE ORDER**
_____

**HEARING:** Settlement Conference
**Court In Session:** 4:37 p.m.

**ORDERED:** The Opposed Motion for Leave to File First Amended Complaint and Jury Demand [filed August 23, 2007; doc. 11] is granted in part and denied in part as set forth on the record. The amendment shall be allowed with the exception of the reference to damages pursuant to 29 U.S.C. § 626(b).

The Court advises the parties of the tentative settlement agreement which has been reached.

The Court questions plaintiffs as to their understanding and agreement with the terms as stated.
The Court questions defendants as to their understanding and agreement with the terms as stated.

The Court requests confirmation from all parties as to their understanding of and agreement with the terms as the Court has stated, and all participants indicate in the affirmative.

**ORDERED:** A stipulated motion to dismiss shall be submitted to the Court on or before January 31, 2008. All further deadlines and hearings before Magistrate Judge Shaffer are hereby vacated.

HEARING CONCLUDED.

**Court In Recess**: 4:55 p.m.
Total In-Court Time:    00:18

The Court has spent four hours **(04:00)** preparing for and conducting this Settlement Conference.